2004 NOV 18 P 12: 03

## UNITED STATE DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:03 CR 77 (SRU) |
| VS. | : | |
| RALPH CIFARELLI and CHERYL ANN WAMBOLT Defendants | : | November 15, 2004 |

### DEFENDANT RALPH CIFARELLI'S WAIVER OF SPEEDY TRIAL

The defendant Ralph Cifarelli, hereby waives those rights accorded him by the Speedy Trial Act, Title 18 U.S.C. 3161(h)(8A) and the Local Speedy Trial Plan for the District of Connecticut.

In support of this Waiver, the defendant states as follows:

He is represented by and has consulted with his attorney, John J. Kelly, concerning this waiver:

He understands that by signing this document he will be giving up those rights accorded him by the Speedy Trial Act, specifically the period from December 11, 2003 to December 8, 2004.

He requests that the Court find that the requested continuance is in his best interest, and outweighs the public interest and the Court will find that the period of delay from December 11, 2003 to December 8, 2004, is hereby excluded.

CANTOR, FLOMAN, GROSS, SACRAMONE & DALY, P.C. - JURIS NO. 43415
378 BOSTON POST ROAD - P.O. DRAWER 966 - ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 - FAX (203)795-1215 - HAMDEN (203)288-2132
www.cantorfloman.com

RALPH CIFARELLI

DATE    11-15-04

JOHN J. KELLY
Cantor, Floman, Gross,
Sacramone & Daly, P.C.
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477
Tel. (203) 795-1211
Federal Bar No. ct09146

DATE    11-15-04

## CERTIFICATION

This is to certify that the Defendant Ralph Cifarelli's Waiver of Speedy Trail was mailed this 15th day of November 2004 to the following counsel:

Michael E. Runowicz, Esq.
Assistant United States Attorney
Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven, CT 06510

Richard Silverstein, Esq.
50 Elm Street
New Haven, CT 06510

JOHN J. KELLY