Requested by: ONEILL,MATTHEW    Date of Report: 02/12/2003
Requested Name: CIFARELLI,RALPH    Requested DOB: 07/28/1958

SPBI/SID#: CT00585544 {CONVICTED FELON}
FBI#: 504697PA8 III Status/Date: M 08/19/1994
Sex: M Race: W Height: 6' 6" Weight: 225 Hair: BLK Eyes: HAZ
Henry FPC: 16U0010 18U0 Place of Birth: EAST HAVEN,C

15-Arrest Date: 09/04/2002 Agency: NORTH HAVEN Case#: 02015614
Disp Date: PENDING
Dkt: NO7M-CR02-0213228-S UAR:01423157
Name: CIFARELLI,RALPH    DOB: 07/28/1958
Addr: 240 BID TOLL RD,MADISON,CT 06443    SS#: 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
Bond: $10000 (OTHER)    FP SUPPORTED?: Y
Chrg 1-LARCENY 1 (53a-122 ) (FEL -B) (CONSP) 1 CT(S)
Offense Occurrence Date: 09/27/2000
2-LARCENY 1 (53a-122 ) (FEL -B) 1 CT(S)
Offense Occurrence Date: 09/27/2000

14-Arrest Date: 08/12/2002 Agency: NORTH HAVEN Case#: 029769
Disp Date: PENDING
Dkt: NO7M-CR02-0212816-S UAR:01423077
Name: CIFARELLI,RALPH    DOB: 07/28/1902
Addr: 240 OLD TOLL RD,MADISON,CT 06443    SS#: 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
Bond: $25000 (OTHER)    FP SUPPORTED?: Y
Chrg 1-LARCENY 1 (53a-122 ) (FEL -B) 1 CT(S)
Offense Occurrence Date: 02/17/2002
2-LARCENY 1 (53a-122 ) (FEL -B) (CONSP) 1 CT(S)
Offense Occurrence Date: 02/17/2002

13-Arrest Date: 08/12/2002 Agency: NORTH HAVEN Case#: 029769
Disp Date: PENDING
Dkt: NO7M-CR02-0212817-S UAR:01423075
Name: CIFARELLI,RALPH    DOB: 07/28/1958
Addr: 240 OLD TOLL RD,MADISON,CT 06443    SS#: 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
Bond: $25000 (OTHER)    FP SUPPORTED?: Y
Chrg 1-FORGERY 2 (53a-139 ) (FEL -D) 1 CT(S)
Offense Occurrence Date: 04/17/2000
2-LARCENY 1 (53a-122 ) (FEL -B) 1 CT(S)
Offense Occurrence Date: 04/17/2000
3-IDENTITY THEFT (53a-129a ) (FEL -D) 1 CT(S)
Offense Occurrence Date: 04/17/2000

12-Arrest Date: 08/12/2002 Agency: NORTH HAVEN Case#: 029769
Disp Date: PENDING
Dkt: NO7M-CR02-0212815-S UAR:01423078
Name: CIFARELLI,RALPH    DOB: 07/28/1958
Addr: 240 OLD TOLL RD,MADISON,CT 06443    SS#: 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
Bond: $25000 (OTHER)    FP SUPPORTED?: Y
Chrg 1-FORGERY 2 (53a-139 ) (FEL -D) 1 CT(S)
Offense Occurrence Date: 10/13/2000
2-LARCENY 1 (53a-122 ) (FEL -B) (ATMPT) 1 CT(S)
Offense Occurrence Date: 10/13/2000
3-IDENTITY THEFT (53a-129a ) (FEL -D) 1 CT(S)
Offense Occurrence Date: 10/13/2000

```
11-Arrest Date: 08/12/2002  Agency: NORTH HAVEN       Case#:      029769
   Disp    Date: PENDING
   Dkt: NO7M-CR02-0212819-S UAR:01423073
   Name: CIFARELLI,RALPH                                      DOB: 07/28/1958
   Addr: 240 OLD TOLL RD,MADISON,CT 06443                     SS#: 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
           Bond:     $25000 (OTHER)                            FP SUPPORTED?: Y
   Chrg    1-LARCENY 3         (53a-124        ) (FEL -D)          1 CT(S)
             Offense Occurrence Date: 09/27/2000
           2-LARCENY 3         (53a-124        ) (FEL -D)          1 CT(S)
             Offense Occurrence Date: 09/27/2000

10-Arrest Date: 08/12/2002  Agency: NORTH HAVEN       Case#:      029769
   Disp    Date: PENDING
   Dkt: NO7M-CR02-0212820-S UAR:01423074
   Name: CIFARELLI,RALPH                                      DOB: 07/28/1958
   Addr: 240 OLD TOLL RD,MADISON,CT 06443                     SS#: 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
           Bond:     $25000 (OTHER)                            FP SUPPORTED?: Y
   Chrg    1-LARCENY 2         (53a-123        ) (FEL -C) (CONSP)  1 CT(S)
             Offense Occurrence Date: 01/02/2001
           2-LARCENY 2         (53a-123        ) (FEL -C)          1 CT(S)
             Offense Occurrence Date: 01/02/2001

9-Arrest Date: 08/12/2002  Agency: NORTH HAVEN        Case#:      02-9769
   Disp    Date: PENDING
   Dkt: NO7M-CR02-0212821-S UAR:01423076
   Name: CIFARELLI,RALPH                                      DOB: 07/28/1958
   Addr: 240 OLD TOLL RD,MADISON,CT 06443                     SS#: 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
           Bond:     $25000 (OTHER)                            FP SUPPORTED?: Y
   Chrg    1-LARCENY 2         (53a-123        ) (FEL -C)          1 CT(S)
             Offense Occurrence Date: 04/26/2000

8-Arrest Date: 04/24/1997  Agency: STATES ATTORNEY
   Disp    Date: 09/11/1998
   Dkt: A05D-CR97-0449901-T UAR:00637279
   Name: CIFARELLI,RALPH                                      DOB: 07/28/1958
   Addr: 1100 NO HIGH ST,EAST HAVEN,CT 06512                  SS#: 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
                                     Detained at:   LLU        FP SUPPORTED?: Y
   Chrg    1-LARCENY 1         (53a-122        ) (FEL -B)          1 CT(S) (ORIG)
             LARCENY 3         (53a-124        ) (FEL -D)          1 CT(S) (SUB)
                      1YR JAIL,    1YR SUSP,CONCUR,    3YR PROB
             Offense Occurrence Date: 04/24/1997   Verdict Date: 09/11/1998

           1-LARCENY 1         (53a-122        ) (FEL -B)          1 CT(S) (ORIG)
             LARCENY 3         (53a-124        ) (FEL -D)          1 CT(S) (SUB)
                 SENTENCE MODIFIED
                      1YR JAIL,    1YR SUSP,CONCUR,1133DY PROB
             Offense Occurrence Date: 04/24/1997   Verdict Date: 08/21/2001

7-Arrest Date: 11/04/1996  Agency: STATES ATTORNEY  Case#:       E94-66
   Disp    Date: 09/11/1998
   Dkt: A05D-CR96-0105759-S UAR:00637367
   Name: CIFARELLI,RALPH                                      DOB: 07/28/1958
   Addr: 1100 NORTH HIGH ST,EAST HAVEN,CT 06512               SS#: 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
                                                               FP SUPPORTED?: Y
   Chrg    1-FORGERY 2         (53a-139        ) (FEL -D)          1 CT(S) (ORIG)
             LARCENY 3         (53a-124        ) (FEL -D)          1 CT(S) (SUB)
                      1YR JAIL,    1YR SUSP,    3YR PROB
             Offense Occurrence Date: 10/29/1991   Verdict Date: 09/11/1998

           1-FORGERY 2         (53a-139        ) (FEL -D)          1 CT(S) (ORIG)
             LARCENY 3         (53a-124        ) (FEL -D)          1 CT(S) (SUB)
                 SENTENCE MODIFIED
                      1YR JAIL,    1YR SUSP,1133DY PROB
             Offense Occurrence Date: 10/29/1991   Verdict Date: 08/21/2001
```

```
6-Arrest Date: 04/06/1995  Agency: EAST HAVEN        Case#:      00658
  Disp    Date: 12/22/1995
  Dkt: NO8W-CR95-0116120-S UAR:00540896
  Name: CIFARELLI,RALPH P                                DOB: 07/28/1958
  Addr: 1100 NORTH HIGH ST,EAST HAVEN,CT 06512           SS#: 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
        Bond:      $5000 (OTHER)                          FP SUPPORTED?: N
  Chrg   1-LARCENY 3        (53a-124       ) (FEL -D)        1 CT(S) (ORIG)
           LARCENY 4        (53a-125       ) (MISD-A)        1 CT(S) (SUB)
                      $500 FINE
          Offense Occurrence Date: 04/06/1995   Verdict Date: 12/22/1995

5-Arrest Date: 01/10/1995  Agency: EAST HAVEN        Case#: 95-17542  (58)
  Disp    Date: PENDING
  Dkt: NO8W-CR   -0115471-S
  Name: CIFARELLI,RALPH
                                                          FP SUPPORTED?: Y

  Chrg   1-ISS BAD CHK
                    PENDING

4-Arrest Date: 10/10/1994  Agency: BRANFORD          Case#:      4728-582
  Disp    Date: 01/03/1995  Rearrest Date: 12/26/1994
  Dkt: NO8W-CR94-0114728-S UAR:00222111
  Name: CIFARELLI,RALPH F                                DOB: 07/28/1958
  Addr: 1100 NORTH HIGH ST,EAST HAVEN,CT 06512           SS#: 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
        Bond:      $1500 (OTHER)                          FP SUPPORTED?: N
  Chrg   1-ISSUE BAD CHECK(53a-128       ) (MISD-A)       1 CT(S)
                   90DY JAIL,  90DY SUSP,CONCUR,   1YR PROB
          Offense Occurrence Date: 05/18/1994   Verdict Date: 01/03/1995
         2-ISSUE BAD CHECK(53a-128       ) (MISD-A)       1 CT(S)
                   90DY JAIL,  90DY SUSP,CONCUR,   1YR PROB
          Offense Occurrence Date: 05/20/1994   Verdict Date: 01/03/1995
         3-ISSUE BAD CHECK(53a-128       ) (MISD-A)       1 CT(S)
                   90DY JAIL,  90DY SUSP,CONCUR,   1YR PROB
          Offense Occurrence Date: 05/22/1994   Verdict Date: 01/03/1995
         4-ISSUE BAD CHECK(53a-128       ) (MISD-A)       1 CT(S)
                   90DY JAIL,  90DY SUSP,CONCUR,   1YR PROB
          Offense Occurrence Date: 05/27/1994   Verdict Date: 01/03/1995
         5-ISSUE BAD CHECK(53a-128       ) (MISD-A)       1 CT(S)
                   90DY JAIL,  90DY SUSP,CONCUR,   1YR PROB
          Offense Occurrence Date: 05/28/1994   Verdict Date: 01/03/1995
         6-ISSUE BAD CHECK(53a-128       ) (MISD-A)       1 CT(S)
                   90DY JAIL,  90DY SUSP,CONCUR,   1YR PROB
          Offense Occurrence Date: 06/11/1994   Verdict Date: 01/03/1995
         7-FLR TO APPEAR 2(53a-173       ) (MISD-A)       1 CT(S)
                   90DY JAIL,  90DY SUSP,CONCUR,  19MO PROB
          Offense Occurrence Date: 12/13/1994   Verdict Date: 01/03/1995

3-Arrest Date: 06/25/1993  Agency: NEWINGTON         Case#:      2001
  Disp    Date: 12/01/1993                              VOP Date: 02/14/1995
  Dkt: A05D-CR93-0095723-S
  Name: CIFARELLI,RALPH                                  DOB: 07/28/1958
  Addr: 1100 NO HIGH ST,EAST HAVEN,CT 06512              SS#: 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
                                                          FP SUPPORTED?: N
  Chrg   1-LARCENY 1        (53a-122       ) (FEL -B)        1 CT(S) (ORIG)
           LARCENY 4        (53a-125       ) (MISD-A)        1 CT(S) (SUB)
                    1YR JAIL,   1YR SUSP,   2YR PROB
          Offense Occurrence Date: 06/25/1993   Verdict Date: 11/12/1993
         2-PROBATION VIOL (53a-32        ) (MISD-U)       1 CT(S)
                  UNSPECIFIED SENTENCE
          Offense Occurrence Date: 02/14/1995   Verdict Date: 02/14/1995

         1-LARCENY 1        (53a-122       ) (FEL -B)        1 CT(S) (ORIG)
           LARCENY 4        (53a-125       ) (MISD-A)        1 CT(S) (SUB)
                  PROBATION TERMINATED
          Offense Occurrence Date: 06/25/1993   Verdict Date: 02/14/1995
```

```
2-Arrest Date: 05/05/1993  Agency: NEW HAVEN        Case#:      34174
  Disp    Date: 03/02/1995  Rearrest Date: 01/31/1995
  Dkt: N06N-CR93-0379787-S
  Name: CIFARELLI,RALPH P                                  DOB: 07/28/1958
  Addr: 1100 NO HIGH ST,EAST HAVEN,CT 06512                SS#: 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
                                    Detained at:  LLU       FP SUPPORTED?: Y
  Chrg    1-ISSUE BAD CHECK(53a-128         ) (MISD-A)            1 CT(S)
                CONDITIONAL DISCHARGE
                   1YR JAIL,    1YR SUSP,CONCUR,    1YR COND DISCH
           Offense Occurrence Date: 05/05/1993   Verdict Date: 03/02/1995
          2-LARCENY 2        (53a-123         ) (FEL -C)             1 CT(S)
                NOLLE
           Offense Occurrence Date: 05/05/1993   Verdict Date: 03/02/1995
          3-FLR TO APPEAR 1(53a-172          ) (FEL -D)              1 CT(S)
                CONDITIONAL DISCHARGE
                   1YR JAIL,    1YR SUSP,CONCUR,    1YR COND DISCH
           Offense Occurrence Date: 08/05/1993   Verdict Date: 03/02/1995

1-Arrest Date: 02/14/1992  Agency: WALLINGFORD      Case#:      923150
  Disp    Date: 05/06/1994  Rearrest Date: 01/27/1994
  Dkt: N07M-CR92-0144608-S
  Name: CIFARELLI,RALPH P                                  DOB: 07/28/1958
  Addr: 1100 NORTH HIGH STREET,EAST HAVEN,CT 06512         SS#: 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
          Bond:     $2500 (OTHER)                           FP SUPPORTED?: Y
  Chrg    1-LARCENY 1        (53a-122         ) (FEL -B)             1 CT(S)
                NOLLE
           Offense Occurrence Date: 02/14/1992   Verdict Date: 05/06/1994
          2-ISSUE BAD CHECK(53a-128         ) (MISD-A)            1 CT(S)
                   1YR JAIL,    1YR SUSP,    2YR PROB
           Offense Occurrence Date: 02/14/1992   Verdict Date: 05/06/1994
          3-ISSUE BAD CHECK(53a-128         ) (MISD-A)            1 CT(S)
                   1YR JAIL,    1YR SUSP,    2YR PROB
           Offense Occurrence Date: 02/14/1992   Verdict Date: 05/06/1994
          4-ISSUE BAD CHECK(53a-128         ) (MISD-A)            1 CT(S)
                   1YR JAIL,    1YR SUSP,CONCUR,    2YR PROB
           Offense Occurrence Date: 02/14/1992   Verdict Date: 05/06/1994
          5-FLR TO APPEAR 1(53a-172          ) (FEL -D)              1 CT(S)
                NOLLE
           Offense Occurrence Date: 05/28/1993   Verdict Date: 05/06/1994
          6-FLR TO APPEAR 1(53a-172          ) (FEL -D)              1 CT(S)
                NOLLE
           Offense Occurrence Date: 08/12/1993   Verdict Date: 05/06/1994
```