UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:03CR77(SRU) |
| RALPH CIFARELLI | : JUNE 9, 2005 |

MOTION AND ORDER OF DISMISSAL

    The United States Attorney for the District of Connecticut, by the undersigned Assistant United States Attorney, respectfully moves pursuant to Rule 48, Fed. R. Crim. P., for the dismissal of Counts 2 through 10 of the Indictment pending against the defendant Ralph Cifarelli.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    MICHAEL E. RUNOWICZ
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No. CT08084
    157 Church Street
    New Haven, Connecticut  06510
    (203) 821-3700

    This motion to dismiss is granted.  It is so ordered this ___day of June, 2005, at Bridgeport, Connecticut.

_____
HON. STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

      This is to certify that the foregoing was hand delivered on June 9, 2005, to the following:

John J. Kelly, Esq.
Cantor, Floman, Gross, Sacramone & Daly, P.C.
378 Boston Post Road
Orange, Connecticut 06477-0966

_____
      MICHAEL E. RUNOWICZ
      ASSISTANT UNITED STATES ATTORNEY