UNITED STATES OF AMERICA

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. : 3:03cr00077 SRU |
| | : | |
| VS. | : | |
| | ; | |
| RALPH CIFARELLI | : | SEPTEMBER 9, 2005 |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

_____          _____
Date          Signature

ct13120_____          Norman A. Pattis_____
Connecticut Bar Number          Print Clearly or Type Name

203-393-9745_____          649 Amity Road, P.O. Box 280___
Fax Number          Address

npattis@sbcglobal.net_____          Bethany, CT 06524-0280_____
E-mail address

**CERTIFICATE OF SERVICE**

    This is to certify that the foregoing Appearance was mailed on _____ to the following:

James I. Glasser
Kevin J. O'Connor
MichaelE. Runowicz
U.S. Attorney's Office
157 Church Street
New Haven, CT 06510

                                                  _____
                                                  NORMAN A. PATTIS, His Attorney
                                                  Law Offices of Norman A. Pattis, LLC
                                                  649 Amity Road, P.O. Box 280
                                                  Bethany, CT 06524-0280
                                                  Telephone:   203-393-3017
                                                  Facsimile:   203-393-9745
                                                  Federal Bar No.  ct13120