UNITED STATES OF AMERICA

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. : 3:03cr00077 SRU |
| | : | |
| VS. | : | |
| | ; | |
| RALPH CIFARELLI | : | SEPTEMBER 9, 2005 |

### DEFENDANT'S MOTION TO REOPEN SENTENCING AND TO DEFER IMPOSITION OF SENTENCE

    The Defendant, Ralph Cifarelli, was previously sentenced to a period of incarceration by the Court after a guilty plea. He is set to turn himself in to begin his sentence on September 15, 2005. He was represented at the time of his criminal case and at the time of his plea and sentencing by prior counsel. The undersigned is hereby appearing on behalf of Mr. Cifarelli after having reviewed the presentence report and interviewing Mr. Cifarelli. The presentence report does not reflect the severity and seriousness of Mr. Cifarelli's medical condition. The undersigned believes that there is significant risk of injury to Mr. Cifarelli should he be incarcerated and would like an opportunity to reargue sentencing so as to raise a claim for a downward departure

under 5H 1.4.

The presentence investigation and report does not reflect the severity of Mr. Cifarelli's medical condition. Upon reviewing medical records and consultations with his physicians, it is apparent that Mr. Cifarelli is at serious risk of infection given certain birth defects affecting both his genitalia and digestive system. In particular, the manner in which Mr. Cifarelli urinates is highly unusual as he lacks a penis and is forced to urinate through surgically created portals that carry with them the risk of infection.

The undersigned recognizes that this is an extraordinary motion, but, given Mr. Cifarelli's extraordinary medical condition, the undersigned requests that the Court grant this motion so that an additional hearing can be held to determine the appropriateness of the sentence in Mr. Cifarelli's case and whether he should be granted a downward departure.

THE DEFENDANT

BY: _____
NORMAN A. PATTIS, Their Attorney
Law Offices of Norman A. Pattis, LLC
649 Amity Road, P.O. Box 280
Bethany, CT 06524-0280
Telephone:  203-393-3017
Facsimile:   203-393-9745
Federal Bar No.  ct13120

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this _____ day of September to:

James I. Glasser
Kevin J. O'Connor
MichaelE. Runowicz
U.S. Attorney's Office
157 Church Street
New Haven, CT 06510

_____
NORMAN. A. PATTIS