# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 3:03 CR 77 (SRU) |
| | : | |
| RALPH CIFARELLI | : | |

## ORDER

The defendant has moved to reopen his sentencing (**doc. #70**) and to defer imposition of sentence. The motion is granted to the extent that it seeks to postpone the defendant's surrender date, which is reset for **October 12, 2005**.

It is so ordered.

Dated at Bridgeport, Connecticut this 9th day of September 2005.

    /s/ Stefan R. Underhill
    Stefan R. Underhill
    United States District Judge